UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

FILED

JUN 1 5 2012


JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

NO. 2-09-CR-21-BO

UNITED STATES OF AMERICA

v.

DELORIS JEAN BAINES

ORDER

This matter is before the Court on the unopposed Motion to Terminate Supervised Release

filed by the defendant. For good cause shown, the motion is GRANTED. The period of supervised

release imposed on the defendant, Deloris Jean Baines, is terminated.

So ORDERED this ___17___ day of June 2012

_____
TERRENCE W. BOYLE
United States District Judge